IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                                             PLAINTIFF

v.                                                          CIVIL ACTION NO. 1:17-cv-00016-GHD-DAS

PIONEER HEALTH SERVICES, INC.                                                          DEFENDANT

**ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT**

Pursuant to an opinion issued this day, the Court ORDERS that Defendant's motion to set aside entry of default [10] is GRANTED.

SO ORDERED, this, the 30th day of May, 2017.

_____
SENIOR U.S. DISTRICT JUDGE