IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

EQUAL EMPLOYMENT OPPORTURNITY
COMMISSION                                                               PLAINTIFF

v.                                                              CASE NO. 1:17cv016-GHD-DAS

PIONEER HEALTH SERVICES, INC.                                         DEFENDANT

ORDER DISMISSING ACTION
BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This ___ day of December, 2017.

_____
Senior United States District Judge